AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

DAVOR MAGDIC
1305 Bath Street
Apartment 23
Santa Barbara, CA  93101

**SUMMONS IN A CIVIL CASE**

V.

MICHAEL B. MUKASEY, U.S. Attorney General, and ROBERT S. MUELLER,
III, Director of the Federal Bureau of Investigations, and JONATHAN
SCHARFEN, Acting Director of U.S. Citizenship and Immigration Services, and
CHRISTINA POULOS, Director of the USCIS California Service Center, and
GERARD HEINAUER, Director of the USCIS Nebraska Service Center

CAS.

Case: 1:08-cv-00947
Assigned To : Kennedy, Henry H.
Assign. Date : 6/3/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

Christina Poulos, Director
Californaia Service Center
U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
24000 Avila Rd.
2nd Floor, Room 2312
Laguna Niguel, CA  92677

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Aron A. Finkelstein, Esquire
Murthy Law Firm
10451 Mill Run Circle, Suite 100
Owings Mills, MD 21117

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

JUN - 3 2008

CLERK                                          DATE

_(By) DEPUTY CLERK_

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE June 5, 2008 | |
| NAME OF SERVER *(PRINT)* Brian S. Green | TITLE Attorney | |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant.  Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify):  ___Federal Express Delivery___

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  __6/5/08__
Date

_Signature of Server_

Murthy Law Firm
10451 Mill Run Circle, Suite 100
Owings Mills, MD 21117

_Address of Server_

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**Debbie Meekins**

**From:**    TrackingUpdates@fedex.com
**Sent:**    Thursday, June 05, 2008 2:21 PM
**To:**     Debbie Meekins
**Subject:** FedEx Shipment 952639415594 Delivered

This tracking update has been requested by:

Company Name:                LAW OFFICES OF SHEELA MURTHY
Name:                        DEBBIE MEEKINS
E-mail:                      DEBBIE@MURTHY.COM

Our records indicate that the following shipment has been delivered:

Reference:                   08-0675/DM
Ship (P/U) date:             Jun 4, 2008
Delivery date:               Jun 5, 2008 10:15 AM
Sign for by:                 N.LA BARRIE
Delivered to:                Mailroom
Service type:                FedEx Standard Overnight
Packaging type:              FedEx Envelope
Number of pieces:            1
Weight:                      1.00 lb.
Special handling/Services:   Deliver Weekday

Tracking number:             952639415594

Shipper Information              Recipient Information
DEBBIE MEEKINS                   CHRISTINA POULOS
LAW OFFICES OF SHEELA MURTHY     CSC/USCIS
10451 MILL RUN CIRCLE;SUITE 100  24000 AVILA RD.;2ND FLOOR, ROOM
OWINGS MILLS                     2312
MD                               LAGUNA NIGUEL
US                               CA
21117                            US
                                 92677

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 1:21 PM CDT
on 06/05/2008.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above,
or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the

6/5/2008