AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

DAVOR MAGDIC
1305 Bath Street
Apartment 23
Santa Barbara, CA 93101

**SUMMONS IN A CIVIL CASE**

V.

MICHAEL B. MUKASEY, U.S. Attorney General, and ROBERT S. MUELLER,
III, Director of the Federal Bureau of Investigations, and JONATHAN
SCHARFEN, Acting Director of U.S. Citizenship and Immigration Services, and
CHRISTINA POULOS, Director of the USCIS California Service Center, and
GERARD HEINAUER, Director of the USCIS Nebraska Service Center

CA

Case: 1:08-cv-00947
Assigned To : Kennedy, Henry H.
Assign. Date : 6/3/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

CIVIL PROCESS CLERK
U.S. Attorney's Office
555 4th Street, N.W.
Washington, D.C.  20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Aron A. Finkelstein, Esquire
Murthy Law Firm
10451 Miil Run Circle, Suite 100
Owings Mills, MD 21117

an answer to the complaint which is served on you with this summons, within _____60_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

JUN - 3 2008

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | June 5, 2008 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Brian S. Green | Attorney |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served:

_____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

_____

G  Other (specify):   Federal Express Delivery _____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   6/5/08
                 Date

_____
Signature of Server

Murthy Law Firm
10451 Mill Run Circle, Suite 100
Owings Mills, MD 21117

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**Debbie Meekins**

**From:**    TrackingUpdates@fedex.com
**Sent:**    Thursday, June 05, 2008 11:16 AM
**To:**      Debbie Meekins
**Subject:** FedEx Shipment 952639415583 Delivered


This tracking update has been requested by:

| | |
|---|---|
| Company Name: | LAW OFFICES OF SHEELA MURTHY |
| Name: | DEBBIE MEEKINS |
| E-mail: | DEBBIE@MURTHY.COM |


Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Reference: | 08-0675/DM |
| Ship (P/U) date: | Jun 4, 2008 |
| Delivery date: | Jun 5, 2008 11:09 AM |
| Sign for by: | S.ROBINSON |
| Delivered to: | Mailroom |
| Service type: | FedEx Standard Overnight |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |
| Special handling/Services: | Deliver Weekday |

Tracking number:          952639415583


| Shipper Information | Recipient Information |
|---|---|
| DEBBIE MEEKINS | CIVIL PROCESS CLERK |
| LAW OFFICES OF SHEELA MURTHY | U.S. ATTORNEY'S OFFICE;555 4TH |
| 10451 MILL RUN CIRCLE;SUITE 100 | STREET, N.W. |
| OWINGS MILLS | WASHINGTON |
| MD | DC |
| US | US |
| 21117 | 20530 |


Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 10:15 AM CDT on 06/05/2008.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above, or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the

6/5/2008