UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVOR MAGDIC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MICHAEL B. MUKASEY, Attorney General, | ) |
| U.S. Department of Justice, *et al.* | ) |
| | ) |
| Defendants. | ) |
| | ) |

Civil Action No. 08-0947 (HHK)

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), the parties to the above-entitled action hereby stipulate to dismiss this action against all Defendants with prejudice, with each party to bear its own costs and fees.

Dated: July 31, 2008
          Washington, DC

Respectfully submitted,


_____/s/_____

ARON A. FINKELSTEIN, D.C. BAR #25560
Murthy Law Firm
10451 Mill Run Circle, Suite 100
Owings Mills, MD 21117
(410) 356-5440

*Attorney for Plaintiff*


_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

_____/s/_____

BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Defendants*